**DISMISS; and Opinion Filed June 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00296-CV

### IN THE INTEREST OF C.A.S., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19179**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Appellant appeals from the trial court's February 11, 2016 order granting exclusive possession and custody of C.A.S. to appellee. In a letter dated April 15, 2016, we questioned our jurisdiction over this appeal because the order did not appear to finally dispose of appellee's petition to modify the parent-child relationship. We instructed appellant to file a letter brief by April 28, 2016 addressing our concern and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed the requested jurisdictional brief.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

In his motion to modify the parent-child relationship, appellee requested a change in conservatorship giving him the right to designate the primary residence of the child, a reduction

in child support, a permanent injunction preventing appellant from interfering with his possession and access schedule, a change to the child's last name, and attorney's fees. The trial court's February 11, 2016 order reads, in its entirety, as follows:

> On today's date, this Court Grants Exclusive possession and custody to Sammy Reese Jr. of the child [C.A.S.].

> Ashley Nechole Dobin is Ordered to turn the child over to Sammy Reese Jr. at 6:30 p.m. today. The Father Sammy Reese Jr. may pick up the child wherever she is found however, Ashley Nechole Dobin is Order[ed] to turn the child over to Sammy Reese, Jr. at 4624 Elizabeth, Texarkana, TX 75503 at 6:30 p.m. on Feb. 11, 2016.

The order does not dispose of all the claims asserted in appellee's petition to modify. Because the trial court's order is not a final disposition of the petition to modify the parent-child relationship, we lack jurisdiction over this appeal. For this reason, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Ada Brown/
ADA BROWN
JUSTICE

160296F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF C.A.S., A CHILD

No. 05-16-00296-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-12-19179.
Opinion delivered by Justice Brown.
Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SAMMY REESE, JR. recover his costs of this appeal from appellant ASHLEY DOBIN.

Judgment entered this 7th day of June, 2016.